IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JEREMIAH EARL WALTON                                                                           PLAINTIFF

v.                                         Civil No. 6:25-cv-06015-SOH-CDC

DR. GUY MICHEAL HENRY
(Ouachita River Correctional Unit (ORCU));
SUPERINTENDENT JARED BYERS
(ORCU);
WELLPATH HEALTH SERVICES                                                                    DEFENDANTS

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This is a civil rights action filed pursuant to 42 U.S.C. § 1983.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation.  Currently before the Court is the question of the status of Defendants Henry and Wellpath Health Services in this case due to the bankruptcy filing of Wellpath LLC.

## I. BACKGROUND

Plaintiff filed his Complaint on February 5, 2025. (ECF No. 1).  Prior to preservice review of this case, Wellpath LLC filed a Notice of Bankruptcy in numerous cases in this District.  The Court entered an Order on staying and administratively terminating the case on February 6, 2025. (ECF No. 6).  The Order noted that on November 20, 2024, Wellpath LLC filed a Notice of Bankruptcy and a copy of the Amended Interim Order Enforcing the Automatic Stay entered by the Honorable Alfredo R. Perez, United States Bankruptcy Judge for the Southern District of Texas, Houston Division, on November 12, 2024. (*Id*.).  The bankruptcy case number is 24-90533 (ARP). (*Id*.).  In the Interim Order, the Stay was extended to Non-Debtor Defendants.

1

On June 30, 2025, the Court entered an Order (ECF No. 8) noting that Wellpath's Plan of Reorganization under Chapter 11 of the Bankruptcy Code filed by has been confirmed, in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, *see In Re Wellpath Holdings, Inc.*, No. 24-90533 (Bankr. S.D. Tx. May 1, 2025) (ECF No. 2596). Submissions in other Wellpath cases in this District state that the Wellpath LLC Bankruptcy Plan permanently enjoins Plaintiff from commencing or continuing any action against WellPath, LLC, and that Plaintiff must opt-out of the third-party releases in the Plan in order to proceed in District Court for any individual capacity claims against Wellpath employees. *See, e.g., Layne v. Wellpath*, Case No. 6:24-cv-06082-SOH-MEF at ECF Nos. 78, 78-1; *Wellpath SF Holdco, LLC,* Case No. 24-90566 (ARP) at ECF No. 2907. The Stay was lifted, and Plaintiff was directed to complete a Declaration form indicating his current status in the case. (ECF No. 8).

Plaintiff submitted his completed Declaration on July 11, 2025. (ECF No. 10). Plaintiff indicated he had not opted out of the third-party releases. (*Id*. at 1). All *pro se* filings in the Wellpath Bankruptcy are now being docketed in *Wellpath SF Holdco, LLC,* Case No. 24-90566 (ARP). Review of this docket confirms that Plaintiff is not listed as one of the *pro se* parties who have opted-out of the third-party releases contained in the Wellpath Bankruptcy Plan. Accordingly, Plaintiff cannot proceed in this Court for his individual capacity causes of action against Defendant Henry, a Wellpath employee.

## II.  CONCLUSION

Accordingly, it is recommended that Defendants Wellpath Health Services and Dr. Guy Micheal Henry be TERMINATED as Defendants in this case. Plaintiff's claim against Defendant Defendant Byer for First Amendment retaliation should remain for further consideration.

*Referral Status*: This case should remain referred for all matters not recommended for dismissal in this Report and Recommendation.

The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.

**DATED** this **19th day of November 2025**.

/s/ *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE